## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNION PACIFIC RAILROAD COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:02CV388** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **BROTHERHOOD OF MAINTENANCE** | ) | |
| **OF WAY EMPLOYEES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the motion for leave to withdraw of Marlon A. Polk and the firm Polk Wickman & Washington, PC, LLO (Filing No. 69) as counsel for the plaintiff. The plaintiff continues to be represented by counsel from another law firm. The Court finds the movant has shown good cause for withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1.    The motion for leave to withdraw of  Marlon A. Polk and the firm Polk Wickman & Washington, PC, LLO (Filing No. 69) as counsel for the plaintiff is granted.

2.    The Clerk of Court shall stop all electronic notices to Marlon A. Polk and the firm Polk Wickman & Washington, PC, LLO regarding this case.

DATED this 18th day of April, 2005.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge